**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ALEXANDER CHUSCANO MALDONADO,** | : | |
| Petitioner, | : | |
| | : | |
| **v.** | : | **Civil No. 5:26-cv-04933-JLS** |
| | : | |
| **J.J. JAMISON,** *et al.*, | : | |
| Respondents. | : | |

**ORDER**

**AND NOW**, this 20th day of July, 2026, upon receipt of the Respondents' Certificate of Compliance for release (ECF No. 5), **IT IS HEREBY ORDERED THAT** the Clerk of Court is **DIRECTED** to **CLOSE** this case.[1]

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL**
United States District Court Judge

---

[1] The Court shall retain jurisdiction of this matter for ninety (90) days unless otherwise ordered.